IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILLY D. MOORE,                                        No. C 11-4115 SI

       Plaintiff,                                        **ORDER OF TRANSFER**

  v.

ATWATER POLICE DEPARTMENT, *et al.*,

       Defendants.
                                      /

    Plaintiff Billy D. Moore filed this action alleging that he was beaten by Atwater Police Officers Richards and Wisdom. Atwater, California is located in Merced County, which is within the venue of the Eastern District of California. Some or all of the defendants apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: September 22, 2011

                                                        SUSAN ILLSTON
                                                        United States District Judge