# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY D. MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATWATER POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-01620-LJO-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

　　　　By a motion filed August 19, 2011, Plaintiff Billy D. Moore seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

　　　　Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

　　　　Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:　September 28, 2011**　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1