1

2

3

4

5

6

7          **UNITED STATES DISTRICT COURT**

8                 EASTERN DISTRICT OF CALIFORNIA

9

10   BILLY D. MOORE,                          CASE NO. 1:11-cv-01620-LJO-SMS

                     Plaintiff,              ORDER FINDING SERVICE OF AMENDED
11                                           COMPLAINT APPROPRIATE AND SETTING
          v.                                 FORTH PROCEDURE FOR SERVICE OF
12                                           DEFENDANTS
     ATWATER POLICE DEPT.;
13   OFFICERS RICHARDS & WISDOM,
                                             (Doc.  14)
14                   Defendants.
     _____/
15

16        On November 7, 2011, Plaintiff Billy D. Moore, proceeding *pro se* and *in forma*

17   *pauperis*, filed an amended complaint alleging civil rights violations under 42 U.S.C. § 1983.

18   This Court has screened Plaintiff's amended complaint and concludes that the complaint states

19   claims against Defendants.

20        Accordingly, it is HEREBY ORDERED that:

21        1.    Service shall be initiated on the Defendants, Officer Richards, Officer Wisdom,

22              and the Atwater Police Department.

23        2.    The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3)

24              summonses, a Notice of Submission of Documents form, an instruction sheet and

25              a copy of the corrected amended complaint as filed by Plaintiff pursuant to this

26              Order.

27        3.    Within **thirty (30) days** of the date on which the Clerk of Court mails to Plaintiff

28              the materials listed in paragraph 2, Plaintiff shall complete the attached Notice of

1

1      Submission of Documents and submit the completed Notice to the Court with the

2      following documents:

3          a.      One completed summons for each Defendant listed above;

4          b.      One completed USM-285 form for each Defendant listed above; and

5          c.      Three (3) copies of the endorsed corrected amended complaint.

6     4.      Plaintiff should not attempt service on the Defendants and should not request

7      waiver of service.  Upon receipt of the documents set forth in paragraph 3, the

8      Court will direct the United States Marshal to serve the above-named Defendants

9      pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

10     6.      **The failure to comply with this order will result in dismissal of this action.**

11

12 IT IS SO ORDERED.

13 **Dated:**    **November 15, 2011**             **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28