# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY D. MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATWATER POLICE DEPT.;<br>OFFICERS RICHARDS & WISDOM,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-01620-LJO-SMS<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND SETTING FORTH PROCEDURE FOR SERVICE OF DEFENDANTS<br><br>(Doc. 24) |

On January 14, 2012, Plaintiff Billy D. Moore, proceeding *in forma pauperis*, filed a second amended complaint alleging civil rights violations under 42 U.S.C. § 1983.

It is HEREBY ORDERED that:

1. Service shall be initiated on the Defendants: Officer Richards, Officer Wisdom, and the Atwater Police Department.

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint.

3. Within **thirty (30) days** of the date on which the Clerk of Court mails to Plaintiff the materials listed in paragraph 2, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

///

      a.      One completed summons for each Defendant listed above;

      b.      One completed USM-285 form for each Defendant listed above; and

      c.      Three (3) copies of the endorsed second amended complaint.

4.      Plaintiff should not attempt service on the Defendants and should not request waiver of service.  Upon receipt of the documents set forth in paragraph 3, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6.      **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:**    **January 18, 2012**          /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE