IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY D. MOORE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ATWATER POLICE DEPARTMENT, AND OFFICERS RICHARDS AND WISDOM,<br><br>　　　　Defendants. | **ORDER REASSIGNING CASE TO MAGISTRATE JUDGE SHEILA K. OBERTO**<br><br>**OLD** Case No:<br>1:11-CV-01620-**SMS**<br><br>**NEW** Case No:<br>1:11-CV-01620-**SKO**<br><br>**Pretrial Hearing**:<br>9/6/2013 at 4:00 p.m.<br>Department 7 (SKO)<br><br>**Jury Trial:**<br>10/16/2013 at 8:30 a.m.<br>Department 7 (SKO)<br>(5-7 day estimate) |

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this case be reassigned from the docket of Magistrate Judge Sandra M. Snyder (SMS), to the docket of Magistrate Judge Sheila K. Oberto (SKO), and that all future pleadings and/or correspondence hereinafter be correctly numbered as:

**1:11-CV-01620-SKO**

　　The parties are herein advised that future use of an incorrect case number, including the Magistrate Judge's initials, could result in documents being misdirected and/or incorrectly calendared

1  by the appropriate judicial officer and/or staff.
2       IT IS FURTHER ORDERED that the parties appear for the Pretrial
3  Conference scheduled for September 6, 2013, at 4:00 p.m. If a any
4  party wishes to appear telephonically at said hearing, prior
5  approval must be obtained from Judge Oberto's chambers.  Counsel
6  are to contact Judge Oberto's Courtroom Deputy, Alice Timken, at
7  (559) 499-5975, with any questions, concerns, or for assistance.
8       The parties are to refer to the Court's Scheduling Order,
9  document 40, with regard to the procedures for filing the joint
10 pretrial statement.  Said statement will be emailed, however, to
11 skoorders@caed.uscourts.gov and should be submitted in Word format.

13      IT IS SO ORDERED.

15 DATED: 8/6/2013            /s/ SANDRA M. SNYDER
                              UNITED STATES MAGISTRATE JUDGE