# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY D. MOORE,<br><br>        Plaintiff,<br><br>  v.<br><br>ATWATER POLICE DEPARTMENT, et al.,<br><br>        Defendants | CASE NO. 1:11-cv-01620-SKO<br><br>**ORDER DENYING PLAINTIFF'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AND REQUIRING THE PERSONAL APPEARANCE OF COUNSEL AT THE OCTOBER 10, 2013, ORDER TO SHOW CAUSE HEARING**<br><br>Docket No. 56 |

On October 2, 2013, the Court issued an order requiring Keith Oliver, Esq., counsel for Plaintiff Billy D. Moore ("Plaintiff"), to show cause why sanctions should not issue against Mr. Oliver for failure to comply with the Court's orders and for failure to appear at the motion in limine hearing. (Doc. 49.) Mr. Oliver was ordered to personally appear at the order to show cause hearing set for October 10, 2013. (Doc. 49.)

On October 8, 2013, Mr. Oliver filed a response to the order to show cause and requested that he be allowed to appear telephonically at the October 10, 2013, order to show cause hearing due to conflicts with other matters. (Doc. 56.)

Under ordinary circumstances, the Court would be willing to accommodate counsel's request to appear to telephonically. However, in the present case, neither the Court nor the case has the attention of Mr. Oliver, as is evident by his continued failure to comply with Court orders

and his inability to meet filing deadlines. Therefore, Mr. Oliver's request to appear telephonically at the October 10, 2013, order to show cause hearing is DENIED and Plaintiff's counsel is REQUIRED to appear in person.

Failure to abide with this order, coupled with the issues raised in the Court's October 2, 2013, order to show cause, will result in:

1. Reporting counsel to the State Bar of California;
2. Requesting that the judges of the United States District Court, Eastern District of California, consider whether to ban Mr. Oliver from further representation in federal court; and/or
3. Sanctions (monetary, dismissal, and/or issue preclusion).

IT IS SO ORDERED.

Dated:   **October 9, 2013**                         **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE