# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY D. MOORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ATWATER POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants　　　　　　　　　　／ | CASE NO. 1:11-cv-01620-SKO<br><br>**ORDER ON DEFENDANTS' MOTION IN LIMINE**<br><br>Docket No. 46 |

　　　　On September 17, 2013, Defendants Atwater Police Department, Officer Richards, and Officer Wisdoms (collectively "Defendants") filed a motion in limine ("MIL").  (Doc. 46.) Plaintiff Billy D. Moore ("Plaintiff") did not file an opposition.  On October 10, 2013, the Court conducted a hearing on Defendants' MIL.  Plaintiff appeared through his counsel, Keith Oliver, Esq., and Defendants appeared through their counsel, Gregory L. Myers, Esq.  At the hearing, the Court ruled as follows on Defendants' MIL:

　　　**1. Defendants' MIL No. 1 -** The Court GRANTS Defendants' request to exclude evidence or witnesses not previously disclosed during discovery.

　　　**2. Defendants' MIL No. 2 -** The Court GRANTS Defendants' request to exclude non-party witnesses from the courtroom.  All non-party witnesses shall be excluded from the courtroom.

**3. Defendants' MIL No. 3 -** The Court GRANTS Defendants' request to exclude references to police training.

**4. Defendants' MIL No. 4 -** The Court GRANTS Defendants' request to exclude any opinions by Plaintiff or Plaintiff's brother regarding the mental status of Plaintiff's mother, Maria Moore.

**5. Defendants' MIL No. 5 -** The Court GRANTS Defendants' request to exclude expert opinions by non-experts, including Plaintiff.  Plaintiff and Plaintiff's witnesses may not testify on matters that are within the purview of an expert witness.

**6. Defendants' MIL No. 6 -** The Court GRANTS Defendants' request to exclude Plaintiff from referencing or introducing the Grant Deed referred to by Plaintiff as "Recorder's Office Index for 248 Harbor Drive, Atwater."

**7. Defendants' MIL No. 7 -** The Court GRANTS Defendants' request to exclude references to cameras located in the holding cell of the Atwater Police Department.

IT IS SO ORDERED.

Dated:   **October 11, 2013**                              **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE