# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY D. MOORE, | CASE NO. 1:11-cv-01620-SKO |
| Plaintiff, | **ORDER ADDRESSING PLAINTIFF'S LETTER** |
| v. | Docket No. 67 |
| ATWATER POLICE DEPARTMENT, et al., | |
| Defendants | |

The Court is in receipt of Plaintiff Billy D. Moore's ("Plaintiff") letter requesting a continuance so that he may seek new counsel. (Doc. 67.) Plaintiff is currently represented by attorney Keith Oliver, and any relief he seeks must be made by and through Mr. Oliver. There is currently no formal motion before the Court, which precludes the Court from taking any action with respect to Plaintiff's complaints about Mr. Oliver. Plaintiff's letter stating his dissatisfaction with Mr. Oliver does not provide a legal basis for removing Mr. Oliver or for granting Plaintiff a continuance.

By this order, Plaintiff's letter is deemed addressed.[1]

IT IS SO ORDERED.

Dated: **October 16, 2013**     /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court does not have an address or contact information for Mr. Moore, which precludes courtesy service of this order on Mr. Moore.