```
                                                  FILED
                                             JUDGMENT ENTERED


                                             _____
                                                      Date
                                        by _____A. Timken_____
                                                                Deputy Clerk
                                                U.S. District Court
                                             Eastern District of California
                                             __XX____ FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

BILLY D. MOORE,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:11-CV-01620 SKO

ATWATER POLICE DEPARTMENT, et al,

    Defendants.
_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS OFFICER RICHARDS AND OFFICER WISDOM IN ACCORDANCE WITH THE JURY VERDICT RENDERED 10/24/2013.

DATED:  10/24/2013

                                   MARIANNE MATHERLY, Clerk

                                   /S/ Alice Timken
                        By:
                                   Deputy Clerk

jgm.civ
2/1/95

PDF created with pdfFactory trial version www.pdffactory.com